FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RALPH JOSEPH BIANCHI,<br>    TDCJ-CID NO.1131367,<br>        Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-05-4068 |
| | § | |
| NATHANIEL QUARTERMAN, Director<br>of the Texas Department of Criminal Justice -<br>Correctional Institutions Division,<br>        Respondent. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 25th day of September, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE